■ In the Matter of MONIKA W., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ELIZABETH W., Appellant. [946 NYS2d 895]—In a child protective proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Kings County (White, J.), dated February 18, 2011, which denied her motion to vacate her default in appearing at fact-finding and dispositional hearings. Assigned counsel for the mother has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel.

Ordered that the order is affirmed, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by the mother's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*,

47 NY2d 606 [1979]). Dillon, J.P., Eng, Austin and Sgroi, JJ., concur.